**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00337-REB-BNB

ARICA OBERMANN,

      Plaintiff,

v.

WELTMAN, WEINBERG, AND REIS CO., LPA,

      Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Motion To Dismiss** [#6] filed May 9, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Dismiss** [#6] filed May 9, 2011, is **GRANTED**; and

      2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 9, 2011, at Denver, Colorado.

                         **BY THE COURT:**

                         Robert E. Blackbum
                         United States District Judge